UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE GUARDIANSHIP OF A.R.R., et al., <br><br> Plaintiffs, <br><br> v. <br><br> EMPLOYEE BENEFITS PLAN COMMITTEE, et al., <br><br> Defendants. | No. C10-965RSL <br><br><br> ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*. On July 20, 2011, defendants Boeing Company Employee Benefits Plan Committee, the Plan Administrator of the Boeing Company Employee Health and Welfare Benefit Plan and the Boeing Company Employee Health and Welfare Benefit Plan filed a motion for partial summary judgment that, taken as a whole, exceeds 50 pages in length. Dkt. #28-29. As of this date, a courtesy copy of these documents has not been provided for chambers.

Defendants are hereby ORDERED to show cause why they should not be sanctioned for failure to comply with Local Rule 10(e)(8) and two prior orders of this Court (Dkt. #13, #18) all of which require courtesy copies of lengthy filings for chambers. Defendants shall immediately deliver a paper copy of their motion and all supporting documents, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of

ORDER TO SHOW CAUSE - 1

Electronic Filing for Chambers," to the Clerk's Office.  Defendants shall respond to this order to show cause no later than five days from the date of this Order.

DATED this 26th day of July, 2011.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE - 2