UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| The Guardianship of A.R.R., a Minor, Loralee Rodriguez and Eduardo Rodriguez, Guardians, and CHRISTOPHER B. RODRIGUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>EMPLOYEE BENEFITS PLAN COMMITTEE, PLAN ADMINISTRATOR OF THE BOEING COMPANY EMPLOYEE HEALTH AND WELFARE BENEFIT PLAN; BOEING COMPANY EMPLOYEE HEALTH AND WELFARE BENEFIT PLAN; AIG LIFE INSURANCE COMPANY; and AETNA LIFE INSURANCE COMPANY,<br><br>Defendants. | NO. 2:10-cv-00965-RSL<br><br>ORDER GRANTING THE BOEING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS TO THE FIFTH COUNT OF PLAINTIFF'S COMPLAINT |

This matter comes before the Court on Defendants Employee Benefits Plan Committee, Plan Administrator of the Boeing Company Employee Health and Welfare Benefit Plan and Boeing Company Employee Health and Welfare Benefit Plan's Motion for Summary Judgment on the Fifth Count of the Complaint. Dkt. #28. On August 12,

ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT ON THE FIFTH COUNT OF THE COMPLAINT

1  2011, plaintiffs responded that they do not oppose the motion, and that the case "may be dismissed in its entirety with prejudice."  Dkt. #38.

For all the foregoing reasons, the Court GRANTS defendants Employee Benefits Plan Committee, Plan Administrator of the Boeing Company Employee Health and Welfare Benefit Plan and Boeing Company Employee Health and Welfare Benefit Plan's Motion for Summary Judgment on the Fifth Count of the Complaint with prejudice.  Dkt. #28.

DATED this 31st day of August, 2011

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge