UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| The Guardianship of A.R.R., a Minor, Loralee Rodriguez and Eduardo Rodriguez, Guardians, and CHRISTOPHER B. RODRIGUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>EMPLOYEE BENEFITS PLAN COMMITTEE, PLAN ADMINISTRATOR OF THE BOEING COMPANY EMPLOYEE HEALTH AND WELFARE BENEFIT PLAN; BOEING COMPANY EMPLOYEE HEALTH AND WELFARE BENEFIT PLAN; AIG LIFE INSURANCE COMPANY; and AETNA LIFE INSURANCE COMPANY,<br><br>Defendants. | NO. 2:10-cv-00965-RSL<br><br>ORDER GRANTING THE BOEING DEFENDANTS' AND AETNA LIFE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT |

This matter comes before the Court on Defendants Aetna Life Insurance Company's, Employee Benefits Plan Committee's, Plan Administrator of the Boeing Company Employee Health and Welfare Benefit Plan's, and Boeing Company Employee Health and Welfare Benefit Plan's Motion for Summary Judgment. Dkt. #30. On

ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

August 12, 2011, plaintiffs responded that they do not oppose the motion, and that the case "may be dismissed in its entirety with prejudice." Dkt. #38.

For all the foregoing reasons, the Court GRANTS defendants' Motion for Summary Judgment and dismisses the case in its entirety with prejudice. The Clerk of Court is ORDERED to enter judgment in favor of defendants and against plaintiffs.

DATED this 9th day of September, 2011.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge